# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JEFF BAOLIANG ZHANG | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:22-CV-2904-S-BT |
| JON ALLEN, KRISTINE CRANDALL, and USCIS TEXAS SERVICE CENTER | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The Court construes Plaintiff Jeff Baoliang Zhang's filing, The Unconstitutional "Findings, Conclusion, and Recommendation of the United States Magistrate Judge," as an objection to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *See* ECF No. 17. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 27, 2024.

_____
UNITED STATES DISTRICT JUDGE